## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
05/27/2022
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:22-M -00597(1) |
| | § |
| (1) Felipe Baltazar-Felipe | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 25, 2022** in **Jeff Davis** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), and 202(4), and 557.

in violation of Title     **8**     United States Code, Section(s)    **1326(a) and (b)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   *"The Defendant, Felipe  BALTAZAR-Felipe, was arrested by Van Horn Border Patrol Agents, on May 25, 2022, for being an illegal alien present in the United States.*

**Continued on the attached sheet and made a part of hereof.**

/s/ Troy Hollinger
Signature of Complainant
Border Patrol Agent

May 27, 2022                                          at   Alpine, Texas
Date                                                        City and State

Complaint sworn to telephonically and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE                            Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:22-M -00597(1)

WESTERN DISTRICT OF TEXAS

(1) Felipe Baltazar-Felipe

FACTS   (CONTINUED)

Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on 06/22/2016 through Atlanta, Ga.  The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded.  The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Guatemala.


IMMIGRATION HISTORY:
BALTAZAR-FELIPE, FELIPE has been deported 1 times, the last one being to GUATEMALA on June 22, 2016, through ATLANTA, GA

CRIMINAL HISTORY:
05/23/2014, Albany, Georgia, STATUTORY RAPE(F), CNV, 24 months concurrent with above, 13 years probation.
05/23/2014, Albany, Georgia, INTERSTATE INTERFERENCE WITH CUSTODY(F), CNV, 24 Months Confinement.